JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MICHAEL EUZELLE JACQUES,** | ) | NO. CV 16-6862-GW (KS) |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **A. GONZALES,** *et al*, | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 25, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE