# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUZELLE JACQUES, | NO. CV 16-6862-GW (KS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| A. GONZALEZ, et al, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (the "Complaint"), all of the records herein, Defendants' Motion to Dismiss the Second Amended Complaint and the parties' related briefing, and the December 12, 2018 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; (2) all claims against Defendants Houston, Galvan, and Diaz are DISMISSED with prejudice and without leave to amend; and (3) Defendant Gonzalez shall file an Answer to the Second Amended Complaint within 21 days of the date of this Order.

DATED: March 29, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE